1  BENJAMIN B. WAGNER
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2709

**FILED**

SEP 01 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK



8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

11 IN RE:                          )    CR. NO. 2:10-Cr-0377 WBS
                                   )
12 PETITION TO SEAL                )    ORDER TO SEAL INDICTMENT
   INDICTMENT                      )
13 _____    )

14      The Court hereby orders that the Petition of Camil A. Skipper,

15 Assistant United States Attorney for the Easter District of

16 California, to seal Indictment, the Indictment, and this Order dated

17 October 26, 2006, in the above-referenced case shall be sealed until

18 further order of the Court.

19      SO ORDERED.

20 DATED: September 1, 2010

GREGORY G. HOLLOWS
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

ORDER TO SEAL INDICTMENT

1