BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709

FILED

SEP 03 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )   CR. NO. 2:10-CR-377-WBS
             Plaintiff,           )
                                  )   ORDER TO UNSEAL INDICTMENT
     v.                           )
                                  )
JAMES BERGHUIS,                   )
                                  )
             Defendant.           )
_____)

IT IS HEREBY ORDERED that:

The indictment filed in the above-captioned matter be ordered UNSEALED.

SO ORDERED.

DATED: September 3, 2010

*/s/ Gregory G. Hollows*
GREGORY G. HOLLOWS
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

1                                        ORDER TO UNSEAL INDICTMENT