UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
September 7, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
―――――――――――
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>JAMES BERGHUIS,<br><br>        Defendant. | Case No. 2:10CR00377-WBS-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   JAMES BERGHUIS  , Case No. 2:10CR00377-WBS-1 , Charge  18USC § 1341, 1343, 1957 and 2  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)   Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 7, 2010  at  2:00 pm  .

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court