1  BENJAMIN B. WAGNER
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:    (916) 554-2709
   Facsimile:    (916) 554-2900
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                 IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,      )  CASE NO. 2:10-CR-00377-WBS
                                  )
12                    Plaintiff,  )  **ORDER CONTINUING STATUS**
                                  )  **CONFERENCE AND FINDINGS**
13 v.                             )  **REGARDING EXCLUDABLE TIME**
                                  )  **PURSUANT TO SPEEDY TRIAL ACT**
14 JAMES BERGHUIS,                )
                                  )  **STATUS CONFERENCE: 11-29-10**
15                    Defendant.  )
                                  )
16 ─────────────────────────────

17     The Court has read and considered the Stipulation for

18 Continuance of Status Conference Date and to Exclude Time Pursuant to

19 Speedy Trial Act, filed by the parties in this matter on October 19,

20 2010.  The Court hereby finds that the Stipulation, which this Court

21 incorporates by reference into this Order, demonstrates facts that

22 support a continuance of the status conference date, and provides

23 good cause for a finding of excludable time pursuant to the Speedy

24 Trial Act, 18 U.S.C. § 3161.

25     The Court further finds that: (i) the ends of justice served by

26 the continuance outweigh the best interest of the public and

27 defendant in a speedy trial; and (ii) failure to grant the

28 continuance would be likely to make a continuation of the proceeding

                                   1

impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation. THEREFORE, FOR GOOD CAUSE SHOWN:

1.    The The status conference hearing is continued to November 29, 2010.

2.    The time period of October 25, 2010, to November 29, 2010, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) [Local Code T4].

3.    Defendant shall appear in this Court on November 29, 2010, at 8:30 A.M.

4.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.


Date:  October 20, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE