1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JAMES BERGHUIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Cr.S. 10-377-WBS
            Plaintiff,              )
                                    )   **STIPULATION AND [PROPOSED]**
       v.                           )   **ORDER CONTINUING STATUS**
                                    )   **CONFERENCE**
JAMES BERGHUIS,                     )
                                    )   DATE: November 7, 2011
            Defendant.              )   TIME: 8:30 a.m.
                                    )   JUDGE: Hon. William B. Shubb
_____)

   It is hereby stipulated and agreed to between the United States of America through CAMIL SKIPPER Assistant U.S. Attorney, and defendant, JAMES BERGHUIS by and through his counsel, MATTHEW M. SCOBLE Assistant Federal Defender, that the status conference set for Monday, September 26, 2011, be continued to Monday, November 7, 2011, at 8:30 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. This is a complex case with thousands of pages of discovery, comprised largely of financial records.  The defense is actively trying to

1  organize these materials and associate them with the relevant charges.
2  Ultimately, this endeavor may require a forensic accountant, however,
3  such services cannot be obtained until the defense has adequately
4  prepared and investigated the case.
5     Speedy trial time is to be excluded from the date of this order
6  through the date of the status conference set for November 7, 2011,
7  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
8  prepare] (Local Code T4).
9  DATED: September 21, 2011           Respectfully submitted,
10                                     DANIEL J. BRODERICK
                                       Federal Defender
11
                                       /s/ Matthew M. Scoble
12                                     MATTHEW M. SCOBLE
                                       Assistant Federal Defender
13                                     Attorney for Defendant
                                       JAMES BERGHUIS
14
15 DATED: September 21, 2011           BENJAMIN B. WAGNER
                                       United States Attorney
16
                                       /s/ Matthew M. Scoble for:
17                                     CAMIL SKIPPER
                                       Assistant U.S. Attorney
18                                     Attorney for Plaintiff
19
20                               **O R D E R**
21      IT IS HEREBY ORDERED that this matter is continued to Monday,
22 November 7, 2011, at 8:30 a.m., for further status conference.
23      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A)
24 and (B)(iv) and Local Code T4, the period from the date of this
25 stipulation, September 21, 2011, up to and including November 7, 2011, is
26 excluded from the time computations required by the Speedy Trial Act due
27 to ongoing preparation of counsel, and that the ends of justice served by
28 this continuance outweigh the best interests of the public and the

1  defendants in a speedy trial.
2
3  DATED:   September 21, 2011

   _____
   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE