1   DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
2   MATTHEW M. SCOBLE, Bar# 237432
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    JAMES BERGHUIS

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   UNITED STATES OF AMERICA,   )
                        )   Cr.S. 10-377-WBS
13           Plaintiff,   )
                        )   **STIPULATION AND [~~PROPOSED~~]**
14        v.              )   **ORDER CONTINUING STATUS**
                        )   **CONFERENCE**
15   JAMES BERGHUIS,         )
                        )   DATE:  February 6, 2012
16          Defendant.   )  TIME:  9:30 a.m.
                        )   JUDGE: Hon. William B. Shubb
17   _____)

18

19      It is hereby stipulated and agreed to between the United States of
20 America through TODD PICKELS Assistant U.S. Attorney, and defendant,
21 JAMES BERGHUIS by and through his counsel, MATTHEW M. SCOBLE Assistant
22 Federal Defender, that the status conference set for Monday, January
23 9,2012, be continued to Monday, February 6,2012, at 9:30 a.m..
24      The reason for this continuance is to allow defense counsel
25 additional time to review discovery with the defendant, to examine
26 possible defenses and to continue investigating the facts of the case.
27 This is a complex case with thousands of pages of discovery, comprised
28 largely of financial records.  The defense was recently notified by the

1  Defendant's tax attorney, Steven Mopsick, that a number of documents

2  had been received that would be relevant to the Defendant's criminal

3  case.  Mr. Mopsick will be providing those documents to the defense,

4  forthwith.  The Defense did not anticipate this, and needs the

5  additional time to review these new materials.

6     Speedy trial time is to be excluded from the date of this order

7  through the date of the status conference set for February 6, 2012,

8  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

9  prepare] (Local Code T4).

10 DATED: January 4, 2012            Respectfully submitted,

11                                   DANIEL J. BRODERICK
                                     Federal Defender
12
                                     /s/ Matthew M. Scoble
13                                   MATTHEW M. SCOBLE
                                     Assistant Federal Defender
14                                   Attorney for Defendant
                                     JAMES BERGHUIS
15

16 DATED: January 4, 2012            BENJAMIN B. WAGNER
                                     United States Attorney
17
                                     /s/ Matthew M. Scoble for:
18                                   TODD PICKLES
                                     Assistant U.S. Attorney
19                                   Attorney for Plaintiff

20

21                          **O R D E R**

22     IT IS HEREBY ORDERED that this matter is continued to Monday,

23 February 6, 2012, at 9:30 a.m., for further status conference.

24     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A)

25 and (B)(iv) and Local Code T4, the period from the date of this

26 stipulation, January 4, 2012, up to and including February 6, 2012, is

27 excluded from the time computations required by the Speedy Trial Act due

28 to ongoing preparation of counsel, and that the ends of justice served by

1  granting this continuance outweigh the best interests of the public and

2  the defendants in a speedy trial.

3

4  DATED:   January 5, 2012

5

6  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28