```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAMES BERGHUIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>JAMES BERGHUIS,<br>        Defendant. | Cr.S. 10-377-WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING STATUS**<br>**CONFERENCE**<br><br>DATE: March 12, 2012<br>TIME: 9:30 a.m.<br>JUDGE: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through TODD PICKLES Assistant U.S. Attorney, and defendant, JAMES BERGHUIS by and through his counsel, MATTHEW M. SCOBLE Assistant Federal Defender, that the status conference set for Monday, February 6, 2012, be continued to Monday, March 12, 2012, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. This is a complex case with thousands of pages of discovery, comprised largely of financial records.  The defense was recently notified by the

Defendant's tax attorney, Steven Mopsick, that a number of documents had been received that would be relevant to the Defendant's criminal case.  Mr. Mopsick will be providing those documents to the defense, forthwith.  The Defense did not anticipate this, and needs the additional time to review these new materials.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 12, 2012, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 31, 2012          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Matthew M. Scoble
                                 MATTHEW M. SCOBLE
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 JAMES BERGHUIS

DATED: January 31, 2012          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Matthew M. Scoble for:
                                 TODD PICKLES
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to Monday, March 12, 2012, at 9:30 a.m., for further status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T4, the period from the date of this stipulation, January 31, 2012, up to and including March 12, 2012, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by

1  granting this continuance outweigh the best interests of the public and
2  the defendants in a speedy trial.
3
4  DATED:   January 31, 2012

   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE