DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAMES BERGHUIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES BERGHUIS,<br><br>        Defendant. | Cr.S. 10-377-WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING STATUS**<br>**CONFERENCE**<br><br>DATE:  March 26, 2012<br>TIME:  9:30 a.m.<br>JUDGE: Hon. William B. Shubb |

    It is hereby stipulated and agreed to between the United States of America through TODD PICKLES Assistant U.S. Attorney, and defendant, JAMES BERGHUIS by and through his counsel, MATTHEW M. SCOBLE Assistant Federal Defender, that the status conference set for Monday, March 12, 2012, be continued to Monday, March 26, 2012, at 9:30 a.m..

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. This is a complex case with thousands of pages of discovery, comprised largely of financial records.  The defense was recently notified by the

Defendant's tax attorney, Steven Mopsick, that a number of documents had been received that would be relevant to the Defendant's criminal case. Mr. Mopsick will be providing those documents to the defense, forthwith. The Defense did not anticipate this, and needs the additional time to review these new materials.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 26, 2012, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

```
DATED: March 9, 2012              Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Matthew M. Scoble
                                  MATTHEW M. SCOBLE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JAMES BERGHUIS


DATED: March 9, 2012              BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Matthew M. Scoble for:
                                  TODD PICKLES
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff
```

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to Monday, March 26, 2012, at 9:30 a.m., for further status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T4, the period from the date of this stipulation, March 9, 2012, up to and including March 26, 2012, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by

1   granting this continuance outweigh the best interests of the public and
2   the defendants in a speedy trial.
3
4   DATED:   March 12, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE