BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
RICHARD M. ELIAS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00377 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| JAMES BERGHUIS, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. The parties appeared before the Court on February 4, 2013 to confirm the above-captioned case for trial. Based on the availability of the Court and the parties, trial was set for April 16, 2013. By previous order of the Court, time has been excluded under the Speedy Trial Act to February 20, 2013.

2. By this stipulation, defendant moves to exclude time between February 20, 2013 and April 16, 2013 under Local Code T4. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

Stipulation and [Proposed] Order re Exclusion of Time      1

a.      The United States has produced over 3800 pages of discovery and anticipates making additional Jencks Act material available to the defendant in advance of trial.  The United States also anticipates discussions with defense counsel regarding stipulations and other trial-related matters that may affect the defense's preparation of trial.

b.      Counsel for defendant needs additional time to prepare this matter for trial, including preparing any trial related documents, discussions with her client, and discussions with counsel for the United States relating to trial matters.

c.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 20, 2013 to April 16, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and [Proposed] Order re Exclusion of Time                    2

IT IS SO STIPULATED.

Dated: February 4, 2013         BENJAMIN B. WAGNER
                                United States Attorney

                          By:   */s/ Todd A. Pickles*
                                TODD A. PICKLES
                                Assistant U.S. Attorney

                                For the United States


Dated: February 4, 2013         BARTH TOZER & DALY LLP

                          By:   */s/ Todd A. Pickles for*
                                KRESTA DALY

                                For the Defendant


# **O R D E R**

IT IS SO FOUND AND ORDERED this 4th day of February, 2013.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order re Exclusion of Time         3