BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
RICHARD M. ELIAS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00377 WBS |
| Plaintiff, | **STIPULATION AND ORDER RE EARLY PRODUCTION OF GRAND JURY TESTIMONY** |
| v. | Date: October 10, 2013 |
| JAMES BERGHUIS, | Time: 9:00 a.m. |
| | Judge: Honorable William B. Shubb |
| Defendant. | Place: Courtroom 5, 14th Floor |

## **STIPULATION**

The United States, through Assistant United States Attorneys Todd A. Pickles and Richard M. Elias, and the defendant, James Berghuis, through his counsel of record Kresta M. Daly, Esq., hereby stipulate to the following:

1. This matter is currently set for trial before this Court on October 10, 2013.

2. The United States intends to call numerous individuals in its case-in-chief who the United States alleges invested money with the defendant as part of the fraud scheme that is the subject of the Indictment.

3. To the extent that any of these witnesses testified before the Grand Jury, the transcripts of their testimony would fall within the provisions of the Jencks Act, 18 U.S.C. § 3500, *et seq*.

Stipulation re: Grand Jury Transcripts         1

4. In order to facilitate the efficient presentation of evidence by both parties, the parties believe it is in the interests of justice to permit early disclosure of any Grand Jury testimony subject to the Jencks Act.

5. Accordingly, the parties hereby agree that upon order of the Court, a proposed version of which is attached, the United States shall be permitted to produce to counsel for the defendant a copy of any Grand Jury testimony of any witness that the United States intends to call as a witness in its case-in-chief.

6. The parties further agree and stipulate that any such Grand Jury transcripts produced by the United States shall be used only with respect to the above-captioned criminal trial, and counsel for the defendant shall not disclose or provide copies of such transcripts, or summaries of their contents, to any individuals other than the defendant or any individuals that counsel has retained for the defense in this case. Nothing in this provision limits the ability of counsel to use the transcripts, or portions thereof, in official proceedings before this Court, including trial

IT IS SO STIPULATED.

Dated: September 23, 2013		BENJAMIN B. WAGNER
					United States Attorney

					 */s/ Todd A. Pickles*
					TODD A. PICKLES
					RICHARD M. ELIAS
					Assistant United States Attorneys

Dated: September 23, 2013		BARTH, TOZER AND DALY LLP

					 */s/ Todd A. Pickles for*
					KRESTA DALY, ESQ.

					For Defendant James Berghuis

Stipulation re: Grand Jury Transcripts                2

## ORDER

This matter came before the Court on the parties' Stipulation for Early Production of Grand Jury Testimony. For the reasons stated in the Stipulation, and for good cause appearing, the Court HEREBY ORDERS THAT the United States is permitted to produce to defendant copies of the transcripts of any Grand Jury testimony by any witness the United States presently intends to call as a witness at trial.

IT IS SO ORDERED.

Dated:  September 24, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation re: Grand Jury Transcripts                3