BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
RICHARD M. ELIAS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00377 WBS |
|---|---|
| Plaintiff, | **ORDER PURSUANT TO 18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY AND REQUIRING TESTIMONY** |
| v. | |
| JAMES BERGHUIS, | |
| Defendant. | |

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Brian Gardiner give testimony or provide other information which he refuses to give or to provide information with respect to his receipt of money from the defendant in 2006 in relation to a transaction not the subject of the charges in the Indictment in this case on the basis of his privilege against self-incrimination as to all matters about which he may be asked to testify in this trial.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Brian Gardiner in any criminal case, except that Brian Gardiner shall not be exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

1  IT IS SO ORDERED.

2  DATED: October 10, 2013

*William B. Shubb* (signature)

HON. WILLIAM B. SHUBB
United States District Judge