IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JAMES BERGHUIS,<br><br>　　　　　　　　　　Defendant. | CASE NO. 2:10-CR-00377-WBS<br><br>**(Proposed)**<br><br>**ORDER CONTINUING SENTENCING FROM MAY 19, 2014 TO JULY 7, 2014** |

GOOD CAUSE APPEARING THEREFOR, the Court having read and considered the Stipulation of the parties, the sentencing in this matter is hereby continued to July 7, 2014 at 9:30 a.m. in the Courtroom of the Honorable William B. Shubb, United States District Judge.

It is so ordered.

DATED: April 8, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:
**WILLIAM J. KOPENY**

_____
ATTORNEY FOR DEFENDANT
JAMES BERGHUIS

LAW OFFICES OF
WILLIAM J. KOPENY
2102 BUSINESS CENTER DRIVE, STE. 130
IRVINE, CA 92612
Ph. 949-253-5875/Fax 949-253-5766

-1-