IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JAMES BERGHUIS,<br><br>　　　　　　Defendant. | CASE NO. 2:10-CR-00377-WBS<br><br>**ORDER EXONERATING BOND** |

**ORDER**

It is so ordered.

Good cause appearing,

IT IS HEREBY ORDERED that the bond posted to secure the release of the defendant JAMES BERGHUIS be exonerated. This Order is limited to the real property located at 13 San Simeon, Laguna Niguel, CA 92677, Assessor Parcel Number 655-291-01.

Dated:   June 4, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:
**WILLIAM J. KOPENY**
　　　/S WILLIAM J. KOPENY
_____
ATTORNEY FOR DEFENDANT
JAMES BERGHUIS

LAW OFFICES OF
WILLIAM J. KOPENY
2102 BUSINESS CENTER DRIVE, STE. 130
IRVINE, CA 92612
Ph. 949-253-5875/Fax 949-253-5766