WILLIAM J. KOPENY (SBN 61764)
2102 Business Center Drive, Ste. 130
Irvine, CA  92612
(949) 253-5875

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JAMES BERGHUIS,<br><br>          Defendant. | No.  2:10-CR-00377-WSB<br><br>**ORDER CONTINUING SENTENCING FROM OCTOBER 20, 2014 TO NOVEMBER 17, 2014** |
|---|---|

**GOOD CAUSE APPEARING,** the Court having read and considered the <u>Ex Parte Application of Counsel for the Defendant to continue sentencing herein for least 21 days</u>, the sentencing in this matter is hereby continued to November 17, 2014 at 9:30 a.m. in the Courtroom of the Honorable William B. Shubb, United States District Judge.

     It is so ordered.

 Dated:  October 1, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:
     /s/ William J. Kopeny
WILLIAM J. KOPENY
Counsel for Defendant
JAMES BERGHUIS

[PLEADING TITLE] - 1