IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JAMES BERGHUIS,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 2:10-CR-00377-WBS<br><br>(~~Proposed~~)<br><br>**ORDER CONTINUING RESTITUTION HEARING FROM JANUARY 12, 2015 TO APRIL 13, 2015 AT 9:30 A.M.** |

GOOD CAUSE APPEARING THEREFOR, the Court having read and considered the Stipulation of the parties, the restitution hearing in this matter is hereby continued to April 13, 2015 at 9:30 a.m. in the Courtroom of the Honorable William B. Shubb, United States District Judge.

It is so ordered.

Dated: December 30, 2014

　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

SUBMITTED BY:
**WILLIAM J. KOPENY**

/S/ William J. Kopeny
_____
ATTORNEY FOR DEFENDANT
JAMES BERGHUIS

LAW OFFICES OF
WILLIAM J. KOPENY
2102 BUSINESS CENTER DRIVE, STE. 130
IRVINE, CA 92612
Ph. 949-253-5875/Fax 949-253-5766

-1-