IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES BERGHUIS.<br><br>        Defendant. | Case No.: 2:10-CR-00377-WBS<br><br>**ORDER CONTINUING RESTITUTION HEARING FROM JUNE 1, 2015 TO JUNE 15, 2015 AT   9:30 am** |

GOOD CAUSE APPEARING THEREFOR, the Court having read and considered the Stipulation of the parties, the restitution hearing in this matter is hereby continued to June 15, 2015 at 9:30 a.m. in the Courtroom of the Honorable William B. Shubb, United States District Judge.

It is so ordered.

**Dated:  May 22, 2015**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

1
2
3
4

submitted by:
**WILLIAM J. KOPENY**

/S/ William J. Kopeny

attorney for DEFENDANT
**JAMES BERGHUIS**

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28