IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>JAMES BERGHUIS,<br><br>                      Defendant. | CASE NO: 2:10-CR-00377-WBS<br><br>**ORDER CONTINUING RESTITUTION HEARING FROM June 15, 2015 AT 9:30 TO MONDAY, JULY 6, 2015 AT 9:30 A.M.** |

GOOD CAUSE APPEARING THEREFOR, the Court having read and considered the Stipulation of the parties, the restitution hearing in this matter is hereby continued to July 6, 2015 at 9:30 a.m. in the Courtroom of the Honorable William B. Shubb, United States District Judge.

It is so ordered.

Dated:  June 11, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

submitted by:
**WILLIAM J. KOPENY**

   /S/ William J. Kopeny
_____
attorney for DEFENDANT
JAMES BERGHUIS

- 1 -