Law Offices of William J. Kopeny
2102 Business Center Drive, Suite 130
Irvine, CA 92612-1001
Tel: 949-253-5875; Fax: 949-253-5766
wjk@writsnappeals.com

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES BERGHUIS,<br><br>　　　　　Defendant | Case No.: CASE NO. 2:10-CR-00377-WBS<br><br>(~~PROPOSED~~)<br>ORDER CONTINUING RESTITUTION HEARING TO AUGUST 24, 2015 |

GOOD CAUSE APPEARING THEREFOR, the Court having read and considered the Stipulation of the parties, the restitution hearing in this matter is hereby continued to August 24, 2015 at <u>10:00 a</u>.m. in the Courtroom of the Honorable William B. Shubb, United States District Judge.

It is so ordered.

Dated: July 28, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Submitted by:

William J. Kopeny

/s William J. Kopeny

Counsel for Defendant

(PROPOSED)ORDER CONTINUING RESTITUTION HEARING TO AUGUST 24, 2015 - 1