BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:10-CR-377 WBS |
|---|---|
| Plaintiff, | ORDER RE: RESTITUTION |
| v. | |
| JAMES BERGHUIS, | |
| Defendant. | |

On August 24, 2015 and September 21, 2015, the Court heard and received evidence on the issue of restitution in the above-captioned case.  The Court made findings on the record with respect to each of the sixteen victims for which the United States recommended restitution.  Based upon those findings, the Court hereby ORDERS defendant James Berghuis to pay restitution to the following victims in the following amounts:

1.  Armando Acevedo – $85,000

2.  Christopher Ballas – $45,000

3.  Brian Farrell – $161,000

4.  Catherine Fatzer – $141,496.01

5.  Justin Fatzer – $37,145.86

6.  E. Ulricht Fatzer – $26,500

7.  Brian Gardiner – $301,000

8.      Vujadin Jovic – $335,476

9.      John Marshall – $492,000

10.     Favian Mercado – $208,000

11.     Rob Miller – $231,575

12.     Estate of Shawna Montgomery – $25,000

13.     Terry Moulding – $33,000

14.     Jerilyn Ratto – $771,416.90

15.     Robert Sprague – $150,000

16.     David Williams/John Susac – $100,000

IT IS SO ORDERED.

Dated:  September 23, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE