UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No. 2:10-cr-0377 WBS** |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES BERGHUIS, | |
| Defendant. | |

----oo0oo----

The court has received the Memorandum disposition of the Court of Appeals (Docket No. 97-1), vacating the sentence and remanding the matter to this court in order to allow this court to make findings as to (1) whether the conduct constituting obstruction of justice pursuant to U.S.S.G. § 3C1.1 occurred with respect to the investigation, prosecution or sentencing, and (2) the materiality of the obstructive conduct.

Accordingly, IT IS HEREBY ORDERED that:

On or before September 21, 2017, the United States Attorney shall file proposed findings of fact, setting forth each

fact the government contends the court should find to satisfy the Court of Appeals' order, together with a resentencing memorandum citing to where in the record the supporting facts are found and explaining why those facts support a finding of obstruction of justice pursuant to U.S.S.G. § 3C1.1;

On or before October 5, 2017, counsel for defendant shall file defendant's response and opposition to the government's resentencing memorandum;

On or before October 12, 2017, the government may file a reply to defendant's response and opposition; and

This matter is set for resentencing hearing and arguments on **October 16, 2017** at **9:00 a.m.** in Courtroom 5 of the above entitled court.

Dated: September 7, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE