PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES BERGHUIS,<br><br>Defendant. | CASE NO. 2:10-CR-377 WBS<br><br>ORDER GRANTING REQUEST FOR LEAVE FOR LATE-FILING OF UNITED STATES'S RESENTENCING MEMORANDUM AND PROPOSED FINDINGS OF FACT |

This matter came before the Court on the United States's request for leave to file, late, its Proposed Findings of Fact and its Resentencing Memorandum [Dckt. No. 177]. Defendant James Berghuis does not oppose the United States's request. The Court hereby GRANTS the request and permits the late-filing of the United States's Proposed Findings of Fact [Dckt. No. 175] and its Resentencing Memorandum [Dckt. No. 176].

IT IS SO ORDERED.

Dated: September 28, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE